IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. CR-12-42-LRR |
| | ) | |
| vs. | ) | |
| | ) | |
| DEMOCRUS PERNELL BURSTON, | ) | |
| | ) | |
| Defendant. | ) | |

**FINAL ORDER OF FORFEITURE**

WHEREAS, on August 25, 2014, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c), based upon the defendant's guilty plea entered on August 5, 2014, in which the Court ordered the forfeiture of any interest defendant had or has in the firearms and ammunition alleged to be subject to forfeiture under the Forfeiture Allegation of the June 5, 2012, Indictment;

AND WHEREAS, notice of this forfeiture was posted on www.forfeiture.gov for 30 consecutive days beginning August 27, 2014, and continuing through September 25, 2014, of the United States' intent to dispose of the property in accordance with the law and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property;

AND WHEREAS, no third-party claims have been made for return of seized property against the firearms and ammunition included in the Preliminary Order of Forfeiture entered on August 25, 2014.

It is HEREBY ORDERED, ADJUDGED and DECREED:

1. That any right, title, and interest defendant has or had in the hereinafter described property is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law.

2. That the following property belonging to Democrus Pernell Burston, who is the subject of this Order, is hereby condemned and forfeited to the United States of America, as follows:

    **a.** **a Rock River LR15 .223 caliber rifle, serial number KT1032797;**
    **b.** **a High Point Model 4595 .45 caliber rifle, serial number R12915;**
    **c.** **a SKS 7.5-2 caliber rifle, serial number 11069958;**
    **d.** **a Kel-Tec Sub-2000 .40 caliber rifle, serial number E6738, and**
    **e.** **a box of .40 caliber Winchester ammunition**

seized from defendant on or about June 5, 2012, in Cedar Rapids, Iowa.

3. That the United States Marshals Service and/or Federal Bureau of Investigation, is hereby authorized to dispose of the firearms and ammunition identified in paragraph 2 of this Order.

4. That the United States District Court shall retain jurisdiction in this case for the purpose of enforcing this Order; and

5. That the Clerk of the Court shall forward one certified copy of this Order to the United States Attorney's Office, Attention: Assistant U.S. Attorney Martin J. McLaughlin.

**DATED** this 17th day of November, 2014.

_____
LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA