# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. 12-CR-42-LRR |
| vs. | **ORDER** |
| DEMOCRUS PERNELL BURSTON, | |
| Defendant. | |

The matter before the court is the government's "Unopposed Motion for Leave to Dismiss" ("Motion") (docket no. 74), filed on December 21, 2015.

Pursuant to Federal Rule of Criminal Procedure 48(a), "[t]he government may, with leave of court, dismiss an indictment, information, or complaint." Fed. R. Crim. P. 48(a). "[T]he district court may deny leave to dismiss an indictment . . . when the defendant objects to the dismissal, [or] when dismissal is clearly contrary to the manifest public interest." *United States v. Jacobo-Zavala*, 241 F.3d 1009, 1012 (8th Cir. 2001). In this case, Defendant Democrus Pernell Burston does not object to dismissal. *See* Motion at 1. Furthermore, the court finds that dismissal is not clearly contrary to the manifest public interest. *See Jacobo-Zavala*, 241 F.3d at 1012-13 (stating that dismissal is contrary to the manifest public interest when the prosecutor acts in bad faith or has other improper motives).

Accordingly, the Motion is **GRANTED**. The Indictment (docket no. 2) is **DISMISSED WITHOUT PREJUDICE**. Defendant shall be immediately **RELEASED** from the custody of the Bureau of Prisons.

**IT IS SO ORDERED.**

**DATED** this 21st day of December, 2015.

_____
LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA